IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARREN BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-11-01901 |
| EDWARD BAILEY, III *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, and pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, it is this 13th day of June 2012, ORDERED that:

1. There shall be separate trials of those issues relating to the Plaintiff's claims against Defendants Bailey, Southard, Min and Carrasquillo (the "officer Defendants") and Plaintiff's claims against Defendants Baltimore City Police Department and Mayor and City Council of Baltimore;

2. The first trial shall resolve Plaintiff's claims against the officer Defendants;

3. The Plaintiff's claims against Defendants Baltimore City Police Department and Mayor and City Council of Baltimore are STAYED pending resolution of Plaintiff's claims against the officer Defendants;

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/_____
Richard D. Bennett
United States District Judge