# **EXHIBIT #1**

*Subpoena Duces Tecum and Notice of Deposition Duces Tecum*

## In The United States District Court
## For The District of Maryland
## Northern Division

| | | |
|---|---|---|
| DARREN BROWN | * | |
| Plaintiff | * | Civil Action No. |
| vs. | * | 11-CV-1901 RDB |
| DETECTIVE EDWARD BAILEY, III, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this 25th day of October, 2012, a copy of the **Plaintiff's Notice of Records Deposition Duces Tecum to Custodian of Records for the Baltimore Police Department** was mailed, first class, postage prepaid to:

Thurman W. Zollicoffer, Jr., Esquire
Danielle G. Marcus, Esquire
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street, Suite 1400
Baltimore, Maryland 21202
*Attorneys for Defendants Bailey, Southard & Carrasquillo*

Michael Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard Street, Suite 1100
Baltimore, Maryland 21202
*Attorney for Defendant Min*

Glenn Marrow, Esquire
Baltimore City Law Department
Legal Affairs Division
100 N. Holliday Street
Baltimore, Maryland 21202
*Attorney for Defendant Baltimore City Police Department*

Daniel J. Sparaco, Esquire
Baltimore City Law Department
100 N. Holliday Street
Suite 101, City Hall
Baltimore, Maryland 21202
*Attorney for Defendant Mayor & City Council of Baltimore*

_____
Lon C. Engel #02470
*Attorney for Plaintiff*

**In The United States District Court**
**For The District of Maryland**
**Northern Division**

| | | |
|---|---|---|
| DARREN BROWN | * | |
|     Plaintiff | * | Civil Action No. |
| vs. | * | 11-CV-1901 RDB |
| DETECTIVE EDWARD BAILEY, III, et al. | * | |
|     Defendants | * | |

* * * * * * * * * * * * *

## NOTICE OF RECORDS DEPOSITION
## DUCES TECUM

    You are hereby notified that the Plaintiff desires, pursuant to the terms and provisions of the Federal Rules of Civil Procedure, to take and will take the deposition, on oral examination of the following named person on the date and time and at the location indicated below, before a duly qualified Court Reporter and Notary Public of the State of Maryland, to be continued from time to time until completed. The examination shall be for discovery and/or shall be used as evidence in this action and/or for the preservation of testimony pursuant to and as permitted by the Federal Rules of Procedure.

        Name:        **Custodian of Records**
                            **Baltimore Police Department**
                            c/o Glenn Marrow, Esquire
                            Baltimore City Law Department
                            Legal Affairs Division
                            100 N. Holliday Street
                            Baltimore, Maryland 21202

        Date:         Friday, November 23, 2012

        Time:         10:00 a.m.

        Place:        **Engel & Engel, P.A.**
                            11 E. Lexington Street, Suite 200
                            Baltimore, Maryland 21202

before L.A.D. Reporting Company or some other authorized notary public of the State of Maryland.

The deponent shall produce the following documents:

1. The entire criminal file(s) relating to Plaintiff, Darren Brown (DOB: 9/8/91).

2. The entire criminal file for David Jefferson (DOB:8/31/91) in connection with the events of August 6, 2008.

3. The entire criminal file for Kevin Johnson (DOB:8/21/93) in connection with the events of August 6, 2008.

4. A copy of all Baltimore Police Department written policies, protocols, procedures, and/or directives, in place at the time of the occurrence, relative to the investigation and/or charging of a crime involving firearms, and documentation of same.

5. A copy of all Baltimore Police Department written policies, protocols, procedures, and/or directives, in place at the time of the occurrence, relative to consultation with an Assistant State's Attorney prior to bringing charges involving use of firearms, and documentation of same.

6. A copy of all Baltimore Police Department written policies, protocols, procedures, and/or directives, in place at the time of the occurrence, relative to the establishment of probable cause for a crime involving the use of firearms, and documentation of same.

7. A copy of all Baltimore Police Department written policies, protocols, procedures, and/or directives, in place at the time of the occurrence, relative to the discovery/investigation of exculpatory evidence/information developed after an arrest of a suspect, and documentation of same.

8. A copy of all reports or other documents, made in the ordinary course of business, involving any investigation of the arrest/detention of Plaintiff in connection with the crime of August, 2008.

9. A copy of all statements to the public, or press releases, made by the Baltimore Police Department, or its agents/servants/employees, which referred or related to the crime of August 6, 2008.

10. Any and all documents, available currently from any electronic database or other source, relative to persons utilizing the nickname "Mookie."

11. Any and all information, available currently from any electronic database or other source relative to any alias/AKA utilized by Plaintiff, Darren Brown.

12. Any and all documents referring or relating to any encounters between Det. Bailey and Darren Brown prior to the crime which occurred on August 6, 2008 (hereinafter "the crime").

13. Any and all documents referring or relating to any encounters between Officer Southard and Darren Brown prior to the crime.

14. Any and all documents referring or relating to any encounters between Officer Min and Darren Brown prior to the crime.

15. Any and all documents referring or relating to any encounters between Officer Carrasquillo and Darren Brown prior to the crime.

16. Any and all documents referring or relating to any encounters between Det. Bailey and David Jefferson prior to the crime.

17. Any and all documents referring or relating to any encounters between Officer Southard and David Jefferson prior to the crime.

18. Any and all documents referring or relating to any encounters between Officer Min and David Jefferson prior to the crime.

19. Any and all documents referring or relating to any encounters between Officer Carrasquillo and David Jefferson prior to the crime.

20. Any and all documents referring or relating to the utilization of Donte Moore as an informant prior to the crime by Det. Bailey, Officers Southard, Min, and/or Carrasquillo.

21. Any and all documents referring or relating to the utilization of Andre Rucker as an informant prior to the crime by Det. Bailey, Officers Southard, Min, and/or Carrasquillo.

22. Any and all documents referring or relating to any encounters between Det. Bailey and Kevin Johnson prior to the crime.

23. Any and all documents referring or relating to any encounters between Off. Southard and Kevin Johnson prior to the crime.

24. Any and all documents referring or relating to any encounters between Off. Min and Kevin Johnson prior to the crime.

25. Any and all documents referring or relating to any encounters between Off. Carrasquillo and Kevin Johnson prior to the crime.

26. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Det. Bailey relating to the investigation and/or charging of crimes involving firearms, including the establishment of probable cause.

27. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Southard relating to the investigation and/or charging of crimes involving firearms, including the establishment of probable cause.

28. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Min relating to the investigation and/or charging of crimes involving firearms, including the establishment of probable cause.

29. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Carrasquillo relating to the investigation and/or charging of crimes involving firearms, including the establishment of probable cause.

30. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Det. Bailey relating to the discovery and investigation of exculpatory, or potentially exculpatory, information after a suspect has been arrested.

31. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Southard relating to the discovery and investigation of exculpatory, or potentially exculpatory, information after a suspect has been arrested.

32. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Min relating to the discovery and investigation of exculpatory, or potentially exculpatory, information after a suspect has been arrested.

33. Any and all training materials provided by you, or on your behalf, prior to August 6, 2008 to Off. Carrasquillo relating to the discovery and investigation of exculpatory, or potentially exculpatory, information after a suspect has been arrested.

34. Det. Bailey's entire personnel file with the Baltimore Police Department.

35 Off. Southard's entire personnel file with the Baltimore Police Department.

36. Off. Min's entire personnel file with the Baltimore Police Department.

37. Off. Carrasuillo's entire personnel file with the Baltimore Police Department.

**ENGEL & ENGEL, P.A.**

**APPEARANCE OF DEPONENT IS NOT REQUIRED SO LONG AS A CERTIFIED COPY OF THE REQUESTED INFORMATION IS RECEIVED IN OUR OFFICE BEFORE THE ABOVE DATE AND TIME.**

_____
Lon C. Engel #02470
11 East Lexington Street, Suite 200
Baltimore, Maryland 21202
Telephone: (410)727-5095
Facsimile: (410) 727-1422
Email: lengel@engellaw.com

*Attorney for Plaintiff*

## Certificate of Records Custodian Regarding
## Business Records or Regularly Conducted Business Activity

I, _____, am the Custodian of Records, or other qualified individual for _____. I hereby certify and declare under oath, subject to the penalty of perjury, that the documents herein produced are the original or duplicates of a record of regularly conducted business activity within the scope of Rules 5-803(b)(6) and 5-902(a)(11), and that the attached records (a) were made at or near the time of the occurrence of the matters set forth in the record, by (or from information transmitted by) a person with knowledge of those matters, (b) were made and kept in the course of the regularly conducted business activity; (c) were made and kept by the regularly conducted business activity as a regular practice, and (d) the source of information and/or circumstances of preparation indicates the trustworthiness of the record.

**I solemnly affirm**, under the penalties of perjury, that the above statement is true to the best of my knowledge, information and belief.

_____
Signature

_____
Printed Name

_____
Title

_____
Date

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Darren Brown | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-CV-1901 RDB |
| Det. Edward Bailey, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Custodian of Records for Baltimore Police Department, c/o Glenn Marrow, Esquire, Baltimore City Law Department, Legal Affairs Division, 100 N. Holliday Street, Baltimore, Maryland 21202

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See documents listed in attached Notice of Records Deposition Duces Tecum

| Place: Engel & Engel, P.A.<br>11 E. Lexington Street, Suite 200<br>Baltimore, Maryland 21202 | Date and Time:<br>11/23/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/25/2012

*CLERK OF COURT*

OR _____

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Darren Brown
_____, who issues or requests this subpoena, are:

Lon E. Engel, Engel & Engel, P.A. 11 East Lexington Street, Suite 200 Baltimore, Maryland 21202
Phone: (410) 727-5095 EMAIL: lce@engellaw.com