December 3, 2012

The Honorable Richard D. Bennett
United States District Court Judge
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        Re: **Darren Brown v. Det. Edward Bailey, et al**
           **Case No. 11-CV-1901**

Dear Judge Bennett:

  Please be advised that counsel for both parties have subsequently engaged in additional discussions, with regard to the Motion to Quash, in part, Subpoena Duces Tecum and Notice of Subpoena Duces Tecum and for Protective Order, filed on November 17, 2012, on behalf of the Baltimore Police Department. Counsel has reached an agreement with regard to several categories of documents addressed in that Motion and same will be summarized in a separate letter to you from Glenn Marrow, counsel for the Baltimore Police Department.

  There are several categories of requested documents which remain in dispute, which I intend to address in an opposition pleading. Since November 27, 2012, I have been in a jury trial in the Circuit Court for Anne Arundel County, which unexpectedly, carried over into this week. In addition, my staff attorney had a family medical emergency, which has detained her at the hospital all weekend. Accordingly, I would request an extra five (5) days to file my opposition pleading. Mr. Marrow has graciously consented to this request.

  Thanking you, I am

           Very truly yours,
           **ENGEL & ENGEL, P.A.**


           Lon C. Engel

LCE:cj

cc: Glenn Marrow, Esquire
cc: Daniel J. Sparaco, Esquire
cc: Danielle G. Marcus, Esquire
cc: Chaz R. Ball, Esquire