## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

January 14, 2013

TO COUNSEL OF RECORD

    RE:    *Brown v. Bailey et al.*  
             Civil No. RDB-11-1901

Dear Counsel:

      This will confirm the telephone conference of today with respect to the Motion to Quash filed by the Baltimore City Police Department (ECF#41).  By agreement of counsel this Court conducted an *in camera* review of summaries of administrative investigations involving some of the individual defendants in this case.  After reviewing these summaries, the Court has advised counsel for the Defendant Baltimore City Police Department that a summary of a complaint against the Defendant Edward Bailey, III filed by Patricia Stokes should be provided to Plaintiff's counsel.  That summary should also be provided to counsel for the Defendant Bailey.  In addition, all of the summaries with respect to the Defendant Paul Southard should be provided to Plaintiff's counsel with those copies also being provided to counsel for the Defendant Southard.  The actual investigative files themselves will not be produced.

      Accordingly, the Motion to Quash (**ECF#41**) is **GRANTED in part** and **DENIED in part**.  Although informal in format, this letter nonetheless constitutes an Order of Court and

the Clerk is directed to docket it as such.

                                      Sincerely,

                                          /s/

                                      Richard D. Bennett
                                      United States District Judge

RDB/klf