IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| DARREN BROWN, ET AL. | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No: 1:11-cv-1901-RDB |
| DETECTIVE EDWARD BAILEY, III, ET AL. | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISMISSAL WITH PREJUDICE

Please dismiss the above-entitled action with prejudice. Costs to be paid by Defendants.

Respectfully submitted,

/S/  Dale B. Garbutt
_____
Thurman W. Zollicoffer, Jr., Bar No.: 23256
Danielle G. Marcus, Bar No.: 29050
Dale B. Garbutt, Bar No.: 00749
Peter W. Sheehan, Jr., Bar No.: 29310
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
*Attorneys for Defendants,*
*Detective Edward Bailey, III,*
*Police Officer Paul R. Southard, and*
*Police Officer Felipe Carrasquillo*

/S/ Lon C. Engel
Lon C. Engel, Bar No.: 02470
Engel & Engel, P.A.
11 E. Lexington St., Suite 200
Baltimore, MD 21202
*Attorney for Plaintiff*


/S/ Michael Marshall
Michael Marshall, Bar No.: 02587
Chaz R. Ball, Bar No.: 30044
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard St., Suite 1100
Baltimore, MD 21202
*Attorneys for Defendant, Det. Julian Min*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of April, 2013, a copy of the Dismissal With Prejudice was electronically filed pursuant to the rules of this Court.

/S/ Dale B. Garbutt
**Dale B. Garbutt, Bar No.: 00749**

2044886